Monica B. YOUNG, Plaintiff–
Appellant,

v.

HALIFAX COUNTY DEPARTMENT
OF SOCIAL SERVICES,
Defendant–Appellee.

No. 01–2350.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Monica B. Young, pro se. Jeffery L. Jenkins, Halifax, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Monica B. Young appeals from the district court's order denying relief on her motion for reconsideration of a previous order denying her motion for default judgment and dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Young v. Halifax County Dep't of Soc. Servs.*, No. CA–01–95–4–H (E.D.N.C. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*